IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 22 2016
OFFICE OF THE CLERK

| | |
|---|---|
| DGF WORLDWIDE ENTERTAINMENT GROUP, LLC and DANIEL G. FAINMAN, | 8:16CV348 |
| Plaintiff/Judgment Creditor | Docket No. ~~8:14-mc-63~~ |
| vs. | |
| CHASING 3000 FILMS, LLC, PRETTY DANGEROUS FILMS, LLC, VELOCITY PICTURES, LLC, RYAN JOHNSON and PATRICK GALLAGHER, | ORDER |
| Defendants/Judgment Debtors. | |

This matter having come before the Court on Plaintiffs' application for a Writ of Execution pursuant to Fed. R. Civ. P. 69 against the Defendants; and the Court having read and considered the papers filed in support of the application; and for the reasons set forth in the Writ of Execution,

IT IS on this 22nd day of July, 2016;

**ORDERED**, that Plaintiffs' application for issuance of a Writ of Execution is hereby **GRANTED**.

Dated: July 22, 2016

_____
*Thomas D. Thalken*
*U.S. Magistrate Judge*